# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161892(179)

DEBORAH LYNN FOSTER,
    Plaintiff/Counterdefendant-
    Appellant,

v

RAY JAMES FOSTER,
    Defendant/Counterplaintiff-
    Appellee.
_____/

SC: 161892
COA: 324853
Dickinson CC: 07-015064-DM

On order of the Chief Justice, the motion of the Family Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 23, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk